ACCEPTED
03-14-00169-CR
5297293
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 9:53:48 AM
JEFFREY D. KYLE
CLERK

## Nos. 03-14-00169-CR

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **THIRD JUDICIAL DISTRICT** |
| **JOSE EDUARDO TORRES** | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 9:53:48 AM
JEFFREY D. KYLE
Clerk

### MOTION FOR EXTENSION OF TIME
### TO FILE MOTION FOR REHEARING

From the 207th District Court of Comal County, Texas
Trial Court No. CR2013-127
Hon. Bruce Boyer, Judge Presiding

In accordance with Tex. R. App. P. 49.8 and 10.5(b), the undersigned submits the following:

Appellant's request for rehearing and en banc rehearing was due to be filed on, May 13, 2015. This request for an extension of time is filed within 15 days of the last date for the filing of the motion. Counsel has been diligently working on two other appellate briefs in both the Third Court of Appeals and the Fourth Court of Appeals, as well as preparing two writs in both Dallas and Bexar counties. The undersigned requests additional time to prepare and file Appellant's requests for rehearing and rehearing en banc. Mr. Torres requests an extension of fifteen (15) days, to and including May 28, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax


By:     /s/ Robert A. Jimenez
        SBN: 24059125

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of May, 2015 a copy of the foregoing "Motion for Extension of Time to File Motion for Rehearing" has been electronically filed with this Court, and will be served on the Comal County District Attorney's Office.


/s/ ROBERT A. JIMENEZ